Kevin E. Gilbert, SBN: 209236
LOZANO SMITH
2001 North Main Street, Suite 500
Walnut Creek, CA 94596
Telephone:   (925) 953-1620
Facsimile:   (925) 953-1625
Email:       kgilbert@lozanosmith.com

Attorney for Defendants
JIN OH and DAVID SHIN

Michael M. Feuer, City Attorney (SBN 111529)
Thomas H. Peters, Chief Asst. City Attorney (SBN 163388)
Anthony M. Miera, Asst. City Attorney (SBN 138409)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, CA  90012
Telephone:   (213) 978-6954
Facsimile:   (213) 978-8789
Email:       tony.miera@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM NGUYEN.<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; JIN OH; DAVID SHIN; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 15-cv-01929 TJH (JPRx)<br><br>**JUDGMENT FOR DEFENDANTS CITY OF LOS ANGELES, OFFICER OH AND OFFICER SHIN AGAINST PLAINTIFF KIM NGUYEN** |

This Court, having granted the Motion to Dismiss of Defendants CITY OF LOS ANGELES, OFFICER JIN OH and OFFICER DAVID SHIN to Plaintiff KIM NGUYEN's Complaint without leave to amend, and said Defendants therefore being entitled to entry of judgment:

IT IS ORDERED, ADJUDGED AND DECREED that:

Plaintiff KIM NGUYEN shall take nothing and Judgment shall be and is hereby entered for Defendants CITY OF LOS ANGELES, OFFICER JIN OH and OFFICER DAVID SHIN. Defendants may also be entitled to costs as the prevailing party in an amount to be determined by the Court.

Dated: May 18, 2016

*Terry J. Hatter, Jr.*

Hon. Terry J. Hatter, Jr.
Senior United States District Judge